# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN MARTIN MITCHELL, SR.**
**ADC #500399**                                                                                      **PLAINTIFF**

v.                            Case No. 1:13-cv-00092-KGB

**KATHERINE KING, LPN**
**Maximum Security Unit, ADC**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith

SO ADJUDGED this the 31st day of March, 2015.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge